IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 JUL 23 PM 12: 26

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR144 |
| vs. | INDICTMENT<br>42 U.S.C. § 408(a)(7)(B)<br>18 U.S.C. § 1546(b)(1)<br>18 U.S.C. § 1015(e) |
| GUADALUPE CABRERA MEJIA,<br>a/k/a GUADALUPE CABRERA-MEJIA, | |
| Defendant. | |

The Grand Jury charges that

<u>COUNT I</u>
(False Representation of a Social Security Number)

On or about January 30, 2025, in the District of Nebraska, the defendant, GUADALUPE CABRERA MEJIA, a/k/a GUADALUPE CABRERA-MEJIA, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to her, when in fact such number, ending in XXX-XX-6520, is not the Social Security account number assigned by the commissioner of Social Security to her, for purposes of obtaining any benefit to which she is not entitled and for any other purpose, to wit: to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and subject to sentencing under Title 18.

<u>COUNT II</u>
(Fraud and Misuse of False Identification Documents)

On or about January 30, 2025, in the District of Nebraska, the defendant, GUADALUPE CABRERA MEJIA, a/k/a GUADALUPE CABRERA-MEJIA, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, used false identification

1

documents, to wit: a Social Security card bearing number XXX-XX-6520, and a State of Nebraska Identification Card bearing number VXXX4567, knowing and having reason to know that the documents were not issued lawfully for the use of defendant, who possessed said documents.

In violation of Title 18, United States Code, Section 1546(b)(1).

COUNT III
(False Claim to U.S. Citizenship)

On or about January 30, 2025, in the District of Nebraska, the defendant, GUADALUPE CABRERA MEJIA, a/k/a GUADALUPE CABRERA-MEJIA, using the name [REDACTED], a name fully known to the Grand Jury, did knowingly make a false statement and claim that she is a citizen or national of the United States, with the intent to obtain on behalf of herself any Federal and State benefit or service, and to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).


A TRUE BILL.



FOREPERSON



The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.



KATHRYN A. PFLUG, #27650
Assistant U.S. Attorney