# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GUADALUPE CABRERA MEJIA,<br>a/k/a GUADALUPE CABRERA-MEJIA,<br>Defendant. | CASE NO. 8:25CR144<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Guadalupe Cabrera_  
Defendant  
Date: 7-29-25

_[signature], Forney Law Firm_  
Attorney for Defendant  
Date: 7-29-25

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 29th day of July, 2025___

BY THE COURT:

_[signature]_  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT