IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:25CR144 |
| vs. | NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |
| GUADALUPE CABRERA MEJIA, | |
| Defendant. | |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 30th day of July, 2025.

                Respectfully submitted,

                LESLEY A. WOODS
                United States Attorney
                District of Nebraska

By:   s/ Kathryn A. Pflug
       KATHRYN A. PFLUG, #27650
       Assistant U.S. Attorney
       1620 Dodge Street, Ste. 1400
       Omaha, Nebraska 68102
       Tel: (402) 661-3700
       Fax: (402) 661-3084
       E-mail: kathryn.pflug@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                s/ Kathryn A. Pflug
                Assistant U.S. Attorney