IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUADALUPE CABRERA MEJIA,<br><br>        Defendant. | 8:25-CR-144<br><br>ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY |

      This matter is before the Court on the magistrate judge's Findings and Recommendation, Filing 31, recommending that the Court accept the defendant's plea of guilty to Count I of the Indictment. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the magistrate judge.

      IT IS ORDERED:

      1. The magistrate judge's Findings and Recommendation, Filing 31, is adopted;

      2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea;

      3. The Court defers acceptance of any plea agreement until it has reviewed the presentence report, pursuant to Fed. R. Crim. P. 11(c)(3); and

      4. This case shall proceed to sentencing.

      Dated this 3rd day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge